UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 02-cr-00243-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ANTHONY E. ROMERO

    Defendant.

_____

## MINUTE ORDER
_____

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A Supervised Release Violation Hearing is set for **Thursday, June 30, 2011**, **at 10:00 a.m.**

    Dated:  March 15, 2011