UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 02-cr-00243-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ANTHONY E. ROMERO,

    Defendant.
_____

**MINUTE ORDER**
_____

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A supervised release violation hearing is set for **Friday, September 30, 2011, at 11:00 a.m.**

    Dated:  June 28, 2011